AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALAN SAMUEL MANSELL,

*Plaintiff*

v.

CITY OF WALLA WALLA, WALLA WALLA CHAMBER OF COMMERCE, WALLA WALLA COUNTY JAIL, CPL SCARR, and THREE UNKNOWN AGENTS,

*Defendant*

Civil Action No. 4:17-CV-05039-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 14) and Motion to Waive Collection (ECF No. 15) are GRANTED. The Complaint (ECF No. 11) is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush on motions to Voluntarily Dismiss Complaint (ECF No. 14) and Motion to Waive Collection (ECF No. 15).

Date: 7/31/2017

CLERK OF COURT

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*
Lennie Rasmussen